No. 12–822. KELLER v. CROWN CORK & SEAL USA, INC. C. A. 10th Cir. Certiorari denied.

No. 12–824. UNITED STATES EX REL. PRITSKER v. SODEXHO, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–828. HEBERT v. MILYARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–835. POWELL v. FF ACQUISITION, L. L. C. C. A. 4th Cir. Certiorari denied.

No. 12–836. LIBERTARIAN PARTY ET AL. v. DISTRICT OF CO- LUMBIA BOARD OF ELECTIONS AND ETHICS ET AL.· C. A. D. C. Cir. Certiorari denied.

No. 12–837. K. C. v. INDIANA. Ct. App. Ind. Certiorari de- nied.

No. 12–840. WERTH v. CURTIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–850. SCHIAFFINO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 12–860. ALLEN v. HARRY, WARDEN. C. A. 6th Cir. Cer- tiorari denied.

No. 12–861. CONTINENTAL MOTORS, INC. v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–863. JOVANI FASHION, LTD. v. FIESTA FASHIONS ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–864. BORMUTH v. DAHLEM CONSERVANCY ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–870. COOK, INDIVIDUALLY AND AS ADMINISTRATOR FOR THE ESTATE OF COOK, ET AL. v. HOWARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–874. ASHBAUGH v. CORPORATION OF BOLIVAR, WEST VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.